**Appeal Dismissed and Memorandum Opinion filed February 28, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00947-CV

### VAN CUONG NGUYEN, Appellant

### V.

### KIM TRANG NGUYEN, Appellee

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-12-006576**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed October 3, 2018. Appellant's brief was due January 9, 2019. No brief or motion for extension of time to file the brief was filed.

On January 17, 2019, the court ordered appellant to file a brief by February 8, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Christopher, Hassan, and Poissant.